Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

DANA A. FRIEND et al., Appellants, et al., Plaintiffs, v. BROOKLYN TRUST COMPANY, Respondent.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of F. ELDEN COONS, an Attorney, Respondent. ORANGE COUNTY BAR ASSOCIATION, Petitioner.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of LOUIS W. KAPLAN, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of PETER S. SPITZ, an Attorney, Respondent.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of the Estate of MARY VOGEL, Deceased. SARAH I. MEAR et al., Appellants; FRANK VOGEL, Administrator of the Estate of MARY VOGEL, Deceased, Respondent.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

METROPOLITAN MUSEUM OF ART, Appellant, v. ARTHUR W. CLEMENT, Respondent, et al., Defendants.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

NEW YORK INSTITUTE FOR THE EDUCATION OF THE BLIND, Appellant and Respondent, v. COLONIAL SAND & STONE CO., INC., et al., Respondents, and ALEXANDER MEYER, Respondent and Appellant.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

HARRY SHAFFER et al., Copartners Doing Business as SHAFFER & LEVIN, et al., Appellants, v. RICHARD GARDENS, INC., et al., Respondents.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

IRVING N. SIDMAN, Appellant, v. MANIE SIDMAN et al., Respondents.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

JOSEPHINE C. WILSON et al., Appellants and Respondents, v. JAYBRO REALTY & DEVELOPMENT CO., INC., Appellant, and MANHATTAN FOOD STORES, INC., Defendant-Respondent.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

HENRIETTA BALISH, Appellant, v. ADVANCE FUEL OIL CORPORATION, Respondent.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.